**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

FRAN ALEXIS BENITEZ-UMANZOR

VERSUS

JACKSON PARISH CORRECTIONAL
CENTER

CIVIL ACTION NO. 26-940

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE AYO

## ORDER

The Petitioner, Fran Alexis Benitez-Umanzor, simultaneously filed a petition for a writ of habeas, Record Document 1, a motion for counsel to appear pro hac vice, Record Document 2, and an emergency motion for a temporary restraining order, Record Document 3. The habeas petition, Record Document 1, is **REFERRED** to the Magistrate Judge for consideration and disposition. The motion to appear pro hac vice, Record Document 2, is **GRANTED**. And for the following reasons, the emergency motion for a temporary restraining order, Record Document 3, is **DENIED**.

First, Petitioner seemingly requests an order prohibiting his transfer to another facility in the United States. Such a transfer would not deprive the Court of jurisdiction, and therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

1

Second, Petitioner requests an order prohibiting his removal from the United States. To obtain a preliminary injunction, the Petitioner must show that he is "likely to succeed on the merits" of his case. *United States v. Abbott*, 110 F.4th 700, 706-07 (5th Cir. 2024). In his motion, counsel for Petitioner alleged that he has been granted "Special Immigrant Juvenile" status and "deferred action" but provided no documentary support for that allegation. Record Document 3 at 1. Even if such documentation exists, counsel for Petitioner provided no citation to authority that would indicate such status entitles him to the relief he demands. Without such, the Petitioner is not likely to succeed on the merits of his habeas claim.

**DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of March, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

2