## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| FRAN ALEXIS BENITEZ-UMANZOR | CIVIL ACTION NO. 26-940 |
| VERSUS | |
| | JUDGE ALEXANDER C. VAN HOOK |
| JACKSON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE AYO |

## ORDER

Considering the foregoing memorandum ruling,

**IT IS ORDERED** that the Renewed Emergency Motion for Temporary Restraining Order, Record Document 5, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby **RESTRAINED** from removing Petitioner from the United States.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect for fourteen days from date of entry.

**THE CLERK IS INSTRUCTED** to email a copy of this Temporary Restraining Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana.

**THE CLERK IS FURTHER INSTRUCTED** to add the Civil Chief of the United States Attorney's Office for the Western District of Louisiana as an interested party to this proceeding and grant her access to the pleadings.

**DONE AND SIGNED** at Shreveport, Louisiana, this 26th day of March, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

1