**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| FRAN ALEXIS BENITEZ-UMANZOR | CIVIL ACTION NO. 26-0940 |
| VERSUS | |
| | JUDGE ALEXANDER C. VAN HOOK |
| JACKSON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE AYO |

## <u>ORDER</u>

Considering the foregoing memorandum ruling,

**IT IS ORDERED** that the Motion to Expedite Consideration of Petition for Writ of Habeas Corpus is **DENIED** and that the Motion for Extension of Temporary Restraining Order is **GRANTED.**

**IT IS FURTHER ORDERED** that the Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby **RESTRAINED** from removing Petitioner from the United States.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect until **11:59 p.m., Wednesday, April 22, 2026**.

**IT IS FURTHER ORDERED** that if the Court determines that additional argument is needed, an in-person argument on the Motion for Preliminary Injunction is set for **1:00 p.m., Thursday, April 16, 2026,** in **Monroe, Louisiana, Courtroom No. 1**. Enrolled counsel should be prepared to attend unless the hearing is cancelled by the Court.

**IT IS FURTHER ORDERED** that the Respondents must file an opposition memorandum to the Motion for Preliminary Injunction no later than **April 13, 2026** addressing the applicable law related to deferred action status and jurisdiction following *Imran v. Harper,* No. 25-30370, 2026 WL 93131 (5th Cir. Jan. 13, 2026). Petitioner must file a reply memorandum no later than **April 14, 2026**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of April, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE