**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| FRAN ALEXIS BENITEZ-UMANZOR | CIVIL ACTION NO. 26-0940 |
| VERSUS | |
| | JUDGE ALEXANDER C. VAN HOOK |
| JACKSON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE AYO |

## <u>ORDER</u>

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Preliminary Injunction, Record Document 11, is **DENIED**.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order, Record Document 14, is **VACATED**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of April, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE